# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2058. SHAWN DAVERT LOCKHART, JR v. THE STATE.**

In 2009, Shawn Davert Lockhart, Jr., pled guilty to armed robbery, kidnapping, and possession of a firearm during the commission of a crime.[1] In January 2021, Lockhart filed a motion for leave to file an out-of time appeal, and the trial court dismissed the motion. We dismissed Lockhart's appeal, relying on *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). *Lockhart v. State*, No. A22A1488 (Jun. 29, 2022). Then in October 2025, Lockhart filed a motion for an out-of-time appeal based on OCGA § 5-6-39.1, which the trial court denied on res judicata grounds. We dismissed his appeal because it was untimely filed. *Lockhart v. State*, No. A26A1633 (Apr. 8, 2026). Lockhart subsequently filed a motion to vacate the dismissal and reinstate his motion for out-of-time appeal, which the trial court denied on February 19, 2026. Lockhart filed a notice of appeal on May 14, 2026.[2] We, however, lack jurisdiction.

Pretermitting whether the substance of Lockhart's appeal is proper, his appeal

---

[1] Since that time, Lockhart has attempted to appeal to this Court numerous times. See, e. g., *Lockhart v. State*, No. A18D0292 (Feb. 8, 2018); *Lockhart v. State*, No. A21A0517 (Nov. 5, 2020).

[2] According to Lockhart's certificate of service, he placed his notice of appeal in prison mail on March 13, 2026, but it was not entered by the trial court clerk until May 14, 2026. Although Lockhart would be given the benefit of a "mailbox rule" for a habeas matter, the rule does not apply to this non-habeas matter. See *Jackson v. State*, 313 Ga. App. 483, 484 (722 SE2d 80) (2011).

is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Lockhart's notice of appeal was filed 84 days after entry of the trial court's order, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/11/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*